No. 100.  RIVERSIDE & DAN RIVER COTTON MILLS, INC., *v.* UNITED STATES.  October 13, 1930.  Petition for writ

of certiorari to the Court of Claims denied. *Messrs. J. Marvin Haynes, Robert H. Montgomery,* and *Thomas G. Haight* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.